

**SO ORDERED.**

**SIGNED this 22 day of April, 2008.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| **CATHY ALLEN GUNTER** | 07-00348-5-ATS |
|     **DEBTOR** | |
| | |
| **SUNTRUST MORTGAGE,INC. dba BANCFINANCIAL, PRIORITY TRUSTEE SERVICES OF NC, LLC as SUBSTITUTE TRUSTEE, KENNETH D. CAVINS as SUBSTITUTE TRUSTEE, MATRESSA MORRIS as SUBSTITUTE TRUSTEE, BECKY L. MILLIGAN as SUBSTITUTE TRUSTEE** | **ADVERSARY PROCEEDING NO.** S-07-00074-5-AP |
|     **Plaintiffs** | |
|     v. | |
| **CATHY ALLEN GUNTER and JOAN D. PULS** | |
|     **Defendants.** | |

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

The matter before the court is the motion filed on December 31, 2007, by the defendant, Joan D. Puls, for a new trial or alternatively, to alter or amend judgment. A hearing took place in Raleigh, North Carolina on April 16, 2008.

Ms. Puls seeks relief from an order entered on December 21, 2007, allowing summary judgment in favor of SunTrust Mortgage, Inc., and from the judgment in favor of SunTrust also entered on that date. For the reasons set forth in the Order Determining Property to Have Been Abandoned and Denying Motion for Relief from Order entered on this date in the underlying bankruptcy case of the debtor, Cathy Allen Gunter, Case No. 07-00348-5-ATS, the motion is **DENIED**.

Shortly after filing her motion, Ms. Puls also filed a notice of appeal of the order and judgment, but that appeal was premature and is ineffective pursuant to Rule 8002(b) of the Federal Rules of Bankruptcy Procedure until disposition of the instant motion.

**SO ORDERED.**

**END OF DOCUMENT**